[No. 72698-6-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. E.B.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-00683-9, John P. Erlick, J., entered November 20, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 72866-1-I. Division One. November 16, 2015.]

LANE ELLEN TOLLEFSEN, *Appellant*, v. GREGORY L. JANTZ ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-05079-6, Millie M. Judge, J., entered October 10, 2014. *Granted* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 72967-5-I. Division One. November 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. J.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-01309-6, John P. Erlick, J., entered January 15, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 73016-9-I. Division One. November 16, 2015.]

LORINA DEL FIERRO, *Appellant*, v. BSI FINANCIAL SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-25326-9, Carol A. Schapira, J., entered December 17 and 31, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Leach, JJ.